UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DONALD M. LAINE,

        Plaintiff,

        v.                                          Case No. 22-C-592

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
CONNIE SCHUELLER,

        Defendants.

---

### ORDER TRANSFERRING CASE TO MILWAUKEE DIVISION

---

      On May 18, 2022, Plaintiff Donald M. Laine brought this action against Defendants State Farm Mutual Automobile Insurance Company and Connie Schueller, alleging a single claim for negligence arising out of an automobile accident. Having reviewed the parties' filings, the Court concludes that this case should be returned to the Clerk for reassignment to the Milwaukee division. Defendants are both residents of Illinois and Plaintiff is a resident of Cascade, Wisconsin, a village located in Sheboygan County. Although Sheboygan County was previously served by the Green Bay division, it is now served by the Milwaukee division. Therefore, pursuant to the General Order Regarding Assignment of Cases to the United States District Judge Designated to Hold Court in Green Bay, Wisconsin, as amended effective January 1, 2005, this case is returned to the Clerk for reassignment to the Milwaukee division.

      **SO ORDERED** at Green Bay, Wisconsin this 24th day of August, 2022.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge