UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

DONALD M. LAINE,

      Plaintiff,

SECRETARY OF DEPARTMENT OF HEALTH
AND HUMAN SERVICES, UNITEDHEALTHCARE
OF WISCONSIN, INC. and ERIE INSURANCE
COMPANY,

                                                      Case No. 22-CV-00592

      Involuntary Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INS. CO.
and CONNIE SCHUELLER,

      Defendants.

_____

## DEFENDANTS' ANSWER TO THE COUNTERCLAIM OF
## INVOLUNTARY PLAINTIFF, UNITEDHEALTHCARE OF WISCONSIN, INC.

_____

      NOW COME the above-named defendants, State Farm Mutual Automobile Insurance Company and Connie Schueller, by their attorneys, Alia, DuMez and McTernan, S.C., and as and for their answer to the Counterclaim of Involuntary Plaintiff, UnitedHealthcare of Wisconsin, Inc., admit, deny and allege as follows:

      1.    Answering Paragraph 1 of the Counterclaim, repeat, reallege and incorporate by reference as if fully set forth herein, their answer and affirmative defenses to the Complaint of the plaintiff.

1

2. Answering Paragraph 2 of the Counterclaim, allege a lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, therefore deny same.

3. Answering Paragraph 3 of the Counterclaim, allege a lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, therefore deny same.

4. Answering Paragraph 4 of the Counterclaim, allege a lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, therefore deny same.

5. Answering Paragraph 5 of the Counterclaim, allege a lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, therefore deny same.

6. Answering Paragraph 6 of the Counterclaim, allege a lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, therefore deny same.

WHEREFORE, these answering defendants demand judgment as follows:

A. Dismissal of the Counterclaim of Involuntary Plaintiff, UnitedHealthcare of Wisconsin, Inc., on the merits;

B. The costs and disbursements incurred in defending this lawsuit; and

C. Any other remedies the Court deems just and equitable.

Dated at Kenosha, Wisconsin this 20th day of October, 2022.

/s/ Matthew J. Richer
Matthew J. Richer
State Bar No. 1097557
Attorneys for Defendants
State Farm Mutual Automobile Insurance Company and
Connie Schueller
ALIA, DuMEZ & McTERNAN, S.C.
6633 Green Bay Road
Kenosha, WI 53142
Tel.: (262) 654-8700
Fax.: (262) 654-8600
gma@addmlaw.com
mjr@addmlaw.com